IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-121-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GEORGE E. COOK,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      A Supervised Release Revocation Hearing is set for **November 17, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

---

Dated:  October 18, 2011