IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-121-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**GEORGE E. COOK,**

       Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Supervised Release Revocation Hearing set for November 17, 2011 is **VACATED AND RESET** for **January 19, 2012at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

---

Dated: November 10, 2011